## (April 27, 1983)

■ In the Matter of the Claim of LIBERTAD VASQUEZ, Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent. — Motion to dismiss appeal as untimely taken denied, without costs (see *Matter of Gonzalez [Ross]*, 47 NY2d 922). Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.

■ CITY OF NEW YORK, Respondent, v LONG ISLAND AIRPORTS LIMOUSINE SERVICE CORP. et al., Appellants. In the Matter of CITY OF NEW YORK, Respondent, v WILLIAM C. HENNESSY, as Commissioner of Transportation of the State of New York, et al., Appellants. — Motion for reargument granted, without costs, on the issue of whether respondent city may continue to receive payments under section 4.7 of its contract with appellant Long Island Airports Limousine Service Corp. Appellant may file and serve a supplemental brief on or before May 13, 1983. Respondent may file and serve supplemental brief on or before May 31, 1983. Mahoney, P. J., Sweeney, Main, Weiss and Levine, JJ., concur.